128 F.3d 793
 READING & BATES CORPORATION; Reading & Bates Drilling Co.,
Petitioners-Appellees,
v.
ALL AMERICAN MARINE SLIP, a division of Marine Office of
America Corporation, Respondent-Appellant.
 No. 453, Docket 97-7243.
 United States Court of Appeals,
Second Circuit.
 Argued Oct. 21, 1997.
Decided Nov. 10, 1997.
 
 John A.V. Nicoletti, Nicoletti Hornig & Sweeney, New York City (Julia M. Moore, of counsel), for Respondent-Appellant.
 Donald J. Kennedy, Carter, Ledyard & Milburn, New York City, for Petitioners-Appellees.
 Before: WINTER, Chief Judge, MESKILL, Circuit Judge, and MARTIN, District Judge.*
 PER CURIAM:
 
 
 1
 All American Marine Slip ("AAMS") appeals from Judge Baer's decision awarding appellees, inter alia, prejudgment interest on their claim for damages under a marine-loss insurance policy issued by AAMS. We affirm for substantially the reasons stated in the district court's opinion. Reading & Bates Corp. v. All American Marine Slip, 953 F.Supp. 92 (S.D.N.Y.1997).
 
 
 
 *
 The Honorable John S. Martin, Jr., of the United States District Court for the Southern District of New York, sitting by designation